# Court of Appeals
# of the State of Georgia

ATLANTA,   May 09, 2012

*The Court of Appeals hereby passes the following order:*

**A12A0418.  IN THE INTEREST OF J. N. A., A CHILD.**

We granted the appellant's application for discretionary review in this legitimation case based on the limited information available to us in his application so that we could review his contentions with the benefit of a complete appellate record.

A careful and complete review of the entire record, the transcripts, and the briefs of the parties leaves no doubt that, under the deferential standard of review we must apply, there is no basis for reversal on any ground alleged.  Therefore, upon careful consideration of the entire record, applicable case law and statutory provisions, we hereby dismiss this discretionary appeal as having been improvidently granted.  *Woody v. State*, 247 Ga. App. 684, 685 (545 SE2d 83) (2001).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 05/09/2012
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


_____ , *Clerk.*